IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **ADRIENNE RICHARDSON,** | : |
| | : No. |
| **Plaintiff** | : |
| | : |
| v. | : |
| | : |
| **MIDLAND FUNDING, LLC, and** | : |
| **MIDLAND CREDIT MANAGEMENT,** | : |
| **INC.,** | : |
| | : |
| **Defendants** | : |

## NOTICE OF REMOVAL

To:  Clerk - United States District Court for the
District of Maryland, Northern Division

**PLEASE TAKE NOTICE THAT**, on this date, Defendants Midland Credit Management, Inc. and Midland Funding, LLC (collectively "Midland"), pursuant to 28 U.S.C. § 1441(b) and 28 U.S.C. § 1331, hereby remove the above captioned matter to this Court from the Circuit Court of Maryland for Baltimore County. In support thereof, Midland avers as follows:

1. On or about April 3, 2013, Plaintiff filed a Complaint in the Circuit Court of Maryland for Baltimore County, at case number 03-C-001701. (A true and correct copy of Plaintiff's Complaint is attached hereto and marked as Exhibit "A").

2. Midland Funding, LLC was served with Plaintiff's Complaint on April 8, 2013.

3. Plaintiff's Complaint alleges that Midland violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* by allegedly filing a collection complaint without sufficient proof of ownership of Plaintiff's defaulted consumer debt. See Plaintiff's Complaint, Count I.

1

4. Based on the foregoing, Midland has timely filed this Notice of Removal within thirty days of being served with the Complaint and within thirty days of the date that the Action was first removable. See 28 U.S.C. § 1446(b).

5. This case is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Midland pursuant to the provisions of 28 U.S.C. § 1441(b), in that Plaintiff has alleged, *inter alia,* that Midland violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, thereby asserting claims that arise under federal law.

6. In that the causes of action alleged by Plaintiff arise from the performance of obligations of the parties within Baltimore City, Maryland, the United States District Court for the District of Maryland, Northern Division, should be assigned the Action.

7. Midland, upon filing this Notice of Removal in the office of the Clerk of the United States District Court for the District of Maryland, Northern Division, has also caused to be filed copies of this Notice with the Clerk of Court for the Circuit Court of Maryland for Baltimore City to effect removal of this action pursuant to §1446(d). See Exhibit "B".

**WHEREFORE**, Defendants Midland Credit Management, Inc. and Midland Funding, LLC hereby notify this Honorable Court that this action is removed from the Circuit Court of Maryland for Baltimore County to the United States District Court for the District of Maryland, Northern Division, pursuant to the provisions of 28 U.S.C. §§1331, and 1446.

Respectfully submitted,

MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN, P.C.

By: _____
LAUREN M. BURNETTE, ESQUIRE
Attorney No. 29597
4200 Crums Mill Road, Suite B
Harrisburg, PA 17112
(717) 651-3703
lmburnette@mdwcg.com
Attorneys for Defendants

Dated: 5/7/13

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ADRIENNE RICHARDSON,<br><br>       Plaintiff<br><br>v.<br><br>MIDLAND FUNDING, LLC, and<br>MIDLAND CREDIT MANAGEMENT,<br>INC.,<br><br>       Defendants | No. |

## PROOF OF MAILING

I hereby certify that on May __7__, 2013, the original of the within Notice of Removal was sent to the Clerk of the United States District Court for the District of Maryland, Civil Division, to be filed and that a copy of the same was forwarded to the following interested persons as follows:

### NAME AND ADDRESS

E. David Hoskins, Esquire
Max F. Brauer, Esquire
Law Offices of E. David Hoskins, LLC
Quadrangle Building at Cross Keys
2 Hamill Road, Suite 362
Baltimore, MD 21210

Clerk
Circuit Court for Baltimore City
111 N. Calvert St.
Baltimore, MD 21202

4

## **VERIFICATION**

I certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: _____
LAUREN M. BURNETTE, ESQUIRE
Attorneys for Defendants

Dated: 5/7/13