**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| ADRIENNE RICHARDSON | : | |
| | : | |
| | : | |
| v. | : | Civil Action No. CCB-13-1356 |
| | : | |
| | : | |
| MIDLAND FUNDING, LLC, and | : | |
| MIDLAND CREDIT MANAGEMENT, | : | |
| INC. | : | |

## <u>ORDER</u>

For the reasons stated in the accompanying Memorandum, it is hereby ORDERED that:

1. Defendants Midland Funding and Midland Credit Management's first Motion to

   Dismiss (ECF No. 6) is **Denied** as moot;

2. Defendants Midland Funding and Midland Credit Management's second Motion to

   Dismiss (ECF No. 9) is **Granted**;

3. This case is **Dismissed**;

4. The Clerk shall **Close** this case; and

5. The Clerk shall send copies of this Order and the accompanying Memorandum to

   counsel of record.


December 18, 2013\_\_\_\_            _____/s/_____
Date                                     Catherine C. Blake
                                         United States District Judge